The Court applies a rule of the common law and statutory presumptions to conclude that a child born of a marriage is legitimate, when the evidence clearly and convincingly shows that it is naturally, physically, or scientifically impossible for the husband to be the father.
In Leonard v. Leonard, 360 So.2d 710 (Ala. 1978), I discussed at length many of the same principles and presumptions that the majority applies to this case and set out in a dissenting opinion the reasons why I thought that the old "exploded" rule of the common law should not be applied under the facts of that case.
The fact has been established in the record that William Copeland Tierce could not, physically, scientifically, or otherwise, be the father of the child born to Irene Elizabeth Batchelder; therefore, I would so find and decide the legal issues based on fact, without applying statutory or common law presumptions that have, in my opinion, been exploded.
INGRAM, J., concurs.